US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: _9/14/15_

TIME SPENT:_____

DOCKET NO. ___15 cv 3256_____

CASE: ___Murdagh v City_____

| | |
|---|---|
| ✓ INITIAL CONFERENCE | _____ OTHER/STATUS CONFERENCE |
| _____ DISCOVERY CONFERENCE | _____ FINAL/PRETRIAL CONFERENCE |
| _____ SETTLEMENT CONFERENCE | _____ TELEPHONE CONFERENCE |
| _____ MOTION HEARING | _____ ORAL ARGUMENT |

MANDATORY DISCLOSURE :

__✓__ COMPLETED          _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF:          _____

_____

FOR DEFENDANT:          _____

_____

_____ DISCOVERY TO BE COMPLETED BY_____

_____ NEXT CONFERENCE SCHEDULED FOR_____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____          DEF. TO SERVE PL. BY:_____

RULINGS:

Parties to respond to discovery
requests by 10/16

Settlement conf. 11/17 at 230